In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of BENJAMIN KAPLAN, an Attorney and Counselor at Law.— Report of official referee confirmed and proceeding dismissed Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee of the Trust Created by the Last Will and Testament of EMILY A. WATSON, Deceased, for the Benefit of JOHN WATSON DWIGHT and Remaindermen. UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee, etc., and as Executor, etc., Respondents; JEAN B. Dwight and Others, Appellants.— Motion to resettle order dated February 10, 1933, granted to the extent of reciting in the order the following: " and the court having considered the testimony of the witness Henry W. Simpson with the same force and effect as though it had been admitted in evidence." Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ. [See 237 App. Div. 625.]

AMALGAMATED PROPERTIES, INC., Respondent, Appellant, v. OAKWOOD GARDENS, INC., and Others, Appellants, Respondents, and Others, Defendants.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

JOHN L. BELDING and HARRIET M. BELDING, Respondents, v. THE TOWN OF PLEASANT VALLEY and VINCENT GLEASON, Individually, and as Town Superintendent of Highways of the Town of Pleasant Valley, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.